IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR24-3028 |
| Plaintiff, | ) **INDICTMENT** |
| vs. | ) Count 1 |
| | ) 18 U.S.C. §§ 2251(a) and 2251(e): |
| SAMANTHA ANN MEYER-DAVIS, | ) Sexual Exploitation of a Child |
| Defendant. | ) Count 2 |
| | ) 18 U.S.C. § 2422(b): Enticement of a Minor |
| | ) Count 3 |
| | ) 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1): Receipt of Child Pornography |
| | ) Count 4 |
| | ) 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography |

The Grand Jury charges:

## Count 1
### Sexual Exploitation of a Child

Between on or about May 1, 2022, and November 14, 2023, in the Northern District of Iowa and elsewhere, the defendant, SAMANTHA ANN MEYER-DAVIS, used, persuaded, induced, enticed, and coerced, and attempted to use, persuade, induce, and entice, and coerce, a minor under the age of 18 to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and for the purpose of transmitting live visual depictions of such conduct, causing and

1

attempting to cause said visual depictions to be produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, knowing and having reason to know that said visual depictions would be transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, and said visual depictions were transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count 2
## Enticement of a Minor

Between on or about May 1, 2022, and November 14, 2023, in the Northern District of Iowa and elsewhere, the defendant, SAMANTHA ANN MEYER-DAVIS, using a facility and means of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced, and attempted to persuade, induce, entice, and coerce, a minor, a person who defendant believed to be under the age of 18 to engage in sexual activity for which a person could be charged with a criminal offense, that is, sexual abuse in the third degree under Iowa Code Section 709.4(1)(b)(2)(d) and sexual exploitation of a child under Title 18 U.S.C. § 2251(a).

This was in violation of Title 18, United States Code, Section 2422(b).

## Count 3
## Receipt of Child Pornography

Between on or about May 1, 2022, and November 14, 2023, in the Northern District of Iowa and elsewhere, the defendant, SAMANTHA ANN MEYER-DAVIS, knowingly received and attempted to receive visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## Count 4
## Possession of Child Pornography

Between on or about May 1, 2022, and November 14, 2023, in the Northern District of Iowa and elsewhere, the defendant, SAMANTHA ANN MEYER-DAVIS, knowingly possessed and attempted to possess visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, an Apple iPhone 12, that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

[REDACTED]

Grand Jury Foreperson       Date 7/17/24

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

Kraig R. Hamit
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 7-17-2024
PAUL DE YOUNG, CLERK