# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:24-cr-03028-LTS-KEM |
| v. | ) | |
| | ) | |
| SAMANTHA ANN MEYER-DAVIS, | ) | NOTICE OF INTENT TO PLEAD GUILTY |
| Defendant. | ) | |

COMES NOW, Defendant Samantha Ann Meyer-Davis, through counsel, to provide the Court and the government notice that she intends to plead guilty.

1. Defendant intends to enter a plea of guilty to Count 1.

2. Defendant is pleading guilty pursuant to a plea agreement.

3. Defendant is currently in custody at O'Brien County Jail.

4. Defendant does not need an interpreter.

5. Defendant consents to entering a guilty plea before a U.S. Magistrate Judge and has signed the consent form.

WHEREFORE, Defendant respectfully asks the Court to strike the trial date and schedule a guilty plea hearing.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101
Telephone: 712-252-4158
Fax: 712-252-4194
E-mail: brittany_hedstrom@fd.org

By: */s/ Brittany A. Hedstrom*
BRITTANY A. HEDSTROM
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on April 22, 2025, I filed this document via ECF, which will serve notice of its filing to the assigned AUSA.

/s/ Geralynn Fjeldheim